DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN W. HOOD, JR.,**
Appellant,

v.

**CITIGROUP MORTGAGE LOAN TRUST INC. 2007-AR7, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-AR7, U.S. BANK NATIONAL ASSOCIATION,** as trustee,
Appellee.

No. 4D21-2197

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 17-016435 (11).

Niles B. Whitten of The Law Office of Niles B. Whitten, PLLC, Gainesville, for appellant.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***